COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| ERNESTO LAFRIENZA, | § | No. 08-13-00121-CR |
| Appellant, | § | Appeal from the |
| v. | § | 34th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20120D03040) |
| | § | |

**O R D E R**

The Court GRANTS the State's third motion for extension of time to file the brief until **February 25, 2014.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE STATE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jaime Esparza, the State's Attorney, prepare the State's brief and forward the same to this Court on or before **February 25, 2014.**

IT IS SO ORDERED this 5th day of February, 2014.

PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.